FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00399-CV

**CIRRUS DESIGN CORPORATION**,
Appellant

v.

Sydney **BERRA**, Individually and as Personal Representative of the Estate of Lee Berra, and on behalf of his surviving parents, Philip Berra and Ellen Berra,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01530
Honorable Monique Diaz, Judge Presiding

# O R D E R

The court reporter and trial court clerk have filed notices stating appellant has not yet paid for the appellate record. We order appellant to provide proof to this court, in writing, that appellant has paid for the record on appeal within 10 days of this order. If the clerk's fee is not paid, this appeal may be dismissed for want of prosecution. If the reporter's fee is not paid, we may order this appeal to proceed without a reporter's record, and the court will not consider any issues that require a reporter's record.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.



MICHAEL A. CRUZ, Clerk of Court